| **Fill in this information to identify the case:** |
| --- |
| United States Bankruptcy Court for the: |
| _____ District of  Delaware_____ |
|                                                     (State) |
| Case number (*If known*): _____ Chapter  11___ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**      Exelco North America, Inc.

2. **All other names debtor used in the last 8 years**
    Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)     2 6 – 0 2 0 6 9 2 5

4. **Debtor's address**

    **Principal place of business**

    1209      Orange Street
    Number   Street

    c/o The Corporation Trust Company

    Wilmington     DE     19801
    City     State     ZIP Code

    New Castle County
    County

    **Mailing address, if different from principal place of business**

    Number   Street

    P.O. Box

    City     State     ZIP Code

    **Location of principal assets, if different from principal place of business**

    Number   Street

    City     State     ZIP Code

5. **Debtor's website** (URL)     N/A

6. **Type of debtor**
    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
    ☐ Partnership (excluding LLP)
    ☐ Other. Specify: _____

Debtor  Exelco North America, Inc.                          Case number (*if known*)_____
       *Name*

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   4   2   3   5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                               MM / DD / YYYY
       District _____ When _____ Case number _____
                                               MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor  See attached Schedule 1.            Relationship _____
       District _____ When _____
                                                 MM / DD / YYYY
       Case number, if known _____

| Debtor | Exelco North America, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number         Street

_____
_____
City                                            State        ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
   Contact name _____
   Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Exelco North America, Inc. | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 26 / 2017
             MM / DD / YYYY

✗ /s/ Jean-Paul Tolkowsky            Jean-Paul Tolkowsky
Signature of authorized representative of debtor    Printed name

Title  Director

**18. Signature of attorney**

✗ /s/ Michael R. Nestor            Date  09 / 26 / 2017
Signature of attorney for debtor              MM / DD / YYYY

Michael R. Nestor
Printed name
Young Conaway Stargatt & Taylor, LLP
Firm name
1000            North King Street
Number         Street
Wilmington                          DE          19801
City                                State       ZIP Code

302-571-6600                        mnestor@ycst.com
Contact phone                       Email address

3526                                DE
Bar number                          State

**Schedule 1**

**PENDING OR CONCURRENT BANKRUPTCY CASES FILED BY THE DEBTOR AND ITS AFFILIATES**

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. A motion is being filed with the Court requesting that the chapter 11 cases of these entities be jointly administered for procedural purposes only.

| Entity Name | Relationship | Case Number | Judge |
| --- | --- | --- | --- |
| Exelco NV | Affiliate of Exelco North America, Inc. | Not yet assigned | Not yet assigned |
| FTK Worldwide Manufacturing BVBA | Affiliate of Exelco North America, Inc. | Not yet assigned | Not yet assigned |
| Ideal Diamond Trading USA Inc. | Affiliate of Exelco North America, Inc. | Not yet assigned | Not yet assigned |

**UNANIMOUS WRITTEN CONSENT
IN LIEU OF MEETING OF
THE BOARD OF DIRECTORS
OF
<u>EXELCO NORTH AMERICA, INC.</u>**

September 25, 2017

The undersigned, constituting all of the members of the Board of Directors (the "<u>Board</u>") of Exelco North America, Inc., a Delaware corporation (the "<u>Company</u>"), do hereby waive all notice of a meeting of the Board and approve and adopt the following resolutions as of the date first written above by unanimous written consent in lieu of a meeting pursuant to Section 141(f) of the Delaware General Corporation Law.

WHEREAS, the Board has reviewed and analyzed materials and advice presented by the management and the outside financial and legal advisors of the Company regarding the financial condition, capital structure, liquidity position, business model and projections, short term and long term prospects of the Company and the restructuring and other strategic alternatives available to it, and the impact of the foregoing on the business of the Company; and

WHEREAS, the Board has received, reviewed and considered the recommendations of the Company's legal, financial and other advisors as to the relative risks and benefits of filing or causing to be filed a voluntary petition (the "<u>Chapter 11 Case</u>") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>").

NOW THEREFORE BE IT RESOLVED, that filing of the Chapter 11 Case by the Company, and the seeking of relief by the Company under chapter 11 of the Bankruptcy Code in the Bankruptcy Court be, and each hereby is, authorized and approved for all purposes and in all respect.

RESOLVED, that the directors and officers of the Company and any other person designated and so authorized to act by a director or officer of the Company (each such person being an "<u>Authorized Person</u>"), be, and each hereby is, authorized and empowered to execute and verify petitions and amendments thereto under chapter 11 of the Bankruptcy Code in the name and on behalf of the Company, in such forms as the Authorized Person executing the same shall approve, his, her or their execution to be conclusive evidence of the approval thereof by such Authorized Person and the Board, and to file or cause the same to be filed in the Bankruptcy Court at such time as such Authorized Person executing the same shall determine.

RESOLVED, that any Authorized Person be, and each hereby is, authorized and empowered to execute, verify and file or cause to be filed on behalf of and in the name of the Company any and all petitions, schedules, motions, lists, applications, pleadings and other papers, in such forms as the Authorized Person executing the same shall approve, his, her or their execution to be conclusive evidence of the approval thereof by such Authorized Person and the Board, and to take all such other actions deemed by such Authorized Person to be necessary,

appropriate or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of the Chapter 11 Case.

RESOLVED, that the Board hereby determines that the law firm of Hughes Hubbard & Reed LLP ("Hughes Hubbard") shall be employed as bankruptcy counsel to the Company under a general retainer in the Chapter 11 Case, subject to the approval of the Bankruptcy Court; and in connection therewith, any Authorized Person is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Hughes Hubbard.

RESOLVED, that the Board hereby determines that the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST") shall be employed as local bankruptcy counsel to the Company under a general retainer in the Chapter 11 Case, subject to approval of the Bankruptcy Court; and in connection therewith, any Authorized Person is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of YCST.

RESOLVED, that the Board hereby determines that the firm of Donlin, Recano & Co., Inc. ("Donlin Recano") is employed as claims and noticing agent for the Company in the Chapter 11 Case, subject to the approval of the Bankruptcy Court; and in connection therewith, any Authorized Person is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed an appropriate application for authority to retain the services of Donlin Recano.

RESOLVED, that any Authorized Person is authorized, empowered, and directed to, on behalf of, and in the name of the Company, incur and pay or cause to be paid all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions, the making of any such payment conclusive evidence of the due authorization and approval thereof by such Authorized Person and the Board.

RESOLVED that the Authorized Persons be, and they hereby are, authorized and directed to employ any other individual and/or firms as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Person are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of such firms.

RESOLVED that the Authorized Persons be, and they hereby are, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or

cash collateral agreements; and in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents.

RESOLVED that the Authorized Persons be, and they hereby are, authorized and empowered for, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions.

RESOLVED, that the Bylaws of the Company are hereby amended to include a new provision substantially as set forth in Exhibit A, and that the Bylaws so amended are adopted as the Bylaws of the Company until such time as they are further amended, modified or repealed, and ordered to be inserted in the minute book of the Company.

RESOLVED that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and the Board of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned has signed this unanimous written consent as of the date first written above.

**DIRECTOR**

_____
Jean-Paul Tolkowsky

**Exhibit A**

Unless the [Corporation] consents in writing to the selection of an alternative forum, the Court of Chancery of the State of Delaware shall be the sole and exclusive forum for (a) any derivative action or proceeding brought on behalf of the [Corporation], (b) any action asserting a claim of breach of any duty owed by any director or officer or other employee of the [Corporation] to the [Corporation] or to the stockholders of the [Corporation], (c) any action asserting a claim against the [Corporation] or any director or officer or other employee of the [Corporation] arising pursuant to any provision of the Delaware General Corporation Law, the [Charter] or these Bylaws, or (d) any action asserting a claim against the [Corporation] or any director or officer or other employee of the [Corporation] that is governed by the internal affairs doctrine.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* <br><br> **EXELCO NORTH AMERICA, INC., *et al.*,**[1] <br><br> **Debtors.** | Chapter 11 <br><br> Case No. 17-_____ (___) <br><br> (Joint Administration Requested) |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY INTEREST HOLDERS

Pursuant to Rules 1007(a)(1) and 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") hereby state as follows:

1. Debtor Exelco North America, Inc. is 100% owned by non-Debtor Exelco International Ltd.

2. Debtor Exelco NV is owned by the following non-Debtors:

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Exelco North America, Inc., Exelco NV, FTK Worldwide Manufacturing BVBA, and Ideal Diamond Trading USA Inc.  The EIN or foreign equivalent of an EIN for each Debtor is set forth in its chapter 11 petition.  The mailing address of Exelco North America, Inc. is: c/o The Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

| Equity Security Holder | Ownership Percentage |
|---|---|
| Exelco International Ltd. | 2% |
| Lior Kunstler | 49% |
| Jean Paul Tolkowsky | 49% |

3.  Debtor FTK Worldwide Manufacturing BVBA is owned by the following non-Debtors:

| Equity Security Holder | Ownership Percentage |
|---|---|
| Lior Kunstler | 50% |
| Jean Paul Tolkowsky | 50% |

4.  Debtor Ideal Diamond Trading USA Inc. is 100% owned by non-Debtor Ideal Diamond Trading Ltd. (Hong Kong).

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re* | Chapter 11 |
| **EXELCO NORTH AMERICA, INC.,** *et al.*,[1] | Case No. 17-_____ (___) |
| **Debtors.** | (Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS

       The following is the list of creditors holding the twenty (20) largest unsecured claims against the above-captioned debtor and its debtor affiliates (collectively, the "Debtors"), all of which simultaneously have commenced chapter 11 cases in this Court. This list has been prepared on a consolidated basis from the unaudited books and records of the Debtors, and represents the Debtors' best estimate, in dollars, of the largest unsecured claims that creditors may assert against them, as of September 26, 2017. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The list does not include (i) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information presented in this list shall not constitute an admission by, nor is it binding upon, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.[2]

---

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Exelco North America, Inc., Exelco NV, FTK Worldwide Manufacturing BVBA, and Ideal Diamond Trading USA Inc. The EIN or foreign equivalent of an EIN for each Debtor is set forth in its chapter 11 petition. The mailing address of Exelco North America, Inc. is: c/o The Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801.

2. The Debtors reserve the right to amend this list based on information existing as of the filing date. Inclusion of a claim on this consolidated list is not an admission that the amounts listed are owed by the Debtors.

| | Name of creditor | Address | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Eurostar Diamond Traders | Hovenierstraat 53, 2018 Antwerp, Belgium<br><br>ashin.kothari@eurostardiamond.com | Trade Debt | | | | $6,039,394.90 |
| 2 | I.D.H. Diamonds NV | Pelikaanstraat 78 bus 105, 2018 Antwerp, Belgium<br><br>elianthe@idhtitanium.com | Trade Debt | | | | $3,198,490.55 |
| 3 | Vitraag BVBA | Hovenierstraat 30, 2018 Antwerp, Belgium<br><br>vitraag@pandora.be | Trade Debt | | | | $2,526,354.13 |
| 4 | Trau Bros NV | Hovenierstraat 53, 2018 Antwerp, Belgium<br><br>info@traubros.be | Trade Debt | | | | $2,514,217.43 |
| 5 | N. Shah & Co. BVBA | Hovenierstraat 53, office 909, Box 6, 2018 Antwerp, Belgium<br><br>naresh.shah@telenet.be | Trade Debt | | | | $2,341,433.60 |
| 6 | Rottenberg Mardochee | Helanalei 8, 2018 Antwerp, Belgium<br><br>mr@eadt.be | Loan | | | | $1,155,131.25 |
| 7 | De Hantsetters en Verhaere NV | Schupstraat 21, 2018 Antwerp, Belgium<br><br>info@dhv.be | Trade Debt | | | | $1,140,577.37 |
| 8 | Pinkusewitz diam traders ltd | Jabotinsky 1, 5252002 Ramat Gan, Israel<br><br>office.ramatgan@pinkusewitz.com | Trade Debt | | | | $781,788.07 |

| | Name of creditor | Address | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Rosy Blue Sales Ltd. | Maccabi Building B2 1, Jabotinsky Street Ramat Gan 52520, Israel  anish.parikh@rosyblue.com | Trade Debt | | | | $701,202.00 |
| 10 | Da Trading DMCC | P.O. Box 340591, Unit No. Almas-43-B, Almas Tower, Plot No. LT-2, Jumeirah Lakes Towers, Dubai, U.A.E.  dainfo@daztrading.com | Trade Debt | | | | $673,938.00 |
| 11 | Desert Diamonds LLC | Office No 201, Asouk Al Kabeer Area, Near Bank Of Baroda, Meena Bazar, Bur – Dubai  desertdiamonds09@gmail.com | Trade Debt | | | | $555,456.88 |
| 12 | Segaldiam LTD | 54 Betzalel Street, Ramat-Gan 52521 Israel  segaldiam@segaldiam.co.il | Trade Debt | | | | $536,204.94 |
| 13 | Minda Brothers | Hovenierstraat 2, 2018 Antwerp, Belgium  mindabrothers@ymail.com | Trade Debt | | | | $434,998.80 |
| 14 | Kiran Gems Private Limited | FE-5011, Bharat Diamond Bourse, "G" Block, Bandra Kurla Complex, Bandra (East), Mumbai - 400 051, India  sayaji.dhane@kirangems.com | Trade Debt | | | | $400,457.80 |
| 15 | Mahendra Brothers Exports PVT. Ltd. | CE-7011, 7th Floor, Tower C, G Block, Bharat Diamond Bourse, Bandra Kurla Complex, Bandra (East), Mumbai 400 051, India  vilas.palvankar@mahendrabrothers.com | Trade Debt | | | | $398,893.31 |

| | Name of creditor | Address | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | K. Girdharlal International LTD | 1011, Prasad Chambers, Opera House, Mumbai - 400 004, India<br><br>pintu@kgirdharlal.com | Trade Debt | | | | $304,405.10 |
| 17 | Mishal NV | Hovenierstraat 2, 2018 Antwerp, Belgium<br><br>secretary@mishal.be | Trade Debt | | | | $282,643.70 |
| 18 | Fischler | Schupstraat 21, 2018 Antwerp, Belgium<br><br>info@fischlerdiamonds.be | Trade Debt | | | | $280,150.10 |
| 19 | M.Suresh Company PVT.LTD | 419, Parekh Market, Opera House, Mumbai-400 004, Maharashtra, India<br><br>hiral@msureshco.com | Trade Debt | | | | $268,527.85 |
| 20 | Jewelex Antwerp NV | Hovenierstraat 30, 2018 Antwerp, Belgium<br><br>diamonds.be@jewelexgroup.com | Trade Debt | | | | $238,177.05 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Exelco North America, Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware___
(State)

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration __Consolidated Corporate Ownership Statement and List of Equity Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __09/26/2017__      ✗ __/s/ Jean-Paul Tolkowsky_____
MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                   __Jean-Paul Tolkowsky_____
                                   Printed name

                                   __Director_____
                                   Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**