## EXHIBIT B

## Declaration of Philippe Van den Broecke

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* | Chapter 11 |
| **EXELCO NORTH AMERICA, INC.,** | Case No. 17-12029 (KG) |
| **Debtor.** | |
| *In re* | Chapter 11 |
| **EXELCO NV,** | Case No. 17-12030 (KG) |
| **Debtor.** | |
| *In re* | Chapter 11 |
| **FTK WORLDWIDE MFG. BVBA,** | Case No. 17-12031 (KG) |
| **Debtor.** | |
| *In re* | Chapter 11 |
| **IDEAL DIAMOND TRADING USA INC.,** | Case No. 17-12032 (KG) |
| **Debtor.** | |

**DECLARATION OF PHILIPPE VAN DEN BROECKE  IN SUPPORT OF
ENTRY OF AN ORDER (I) ENFORCING SECTIONS 362 AND 365 OF
BANKRUPTCY CODE AND (II) CONFIRMING THE DEBTORS'
AUTHORITY WITH RESPECT TO POSTPETITION OPERATIONS**

Pursuant to 28 U.S.C. § 1746, I, Philippe Van den Broecke, submit this

Declaration under penalty of perjury under the laws of the United States of America, and state as

follows:

01:22397011.3

1.      I am a Belgian attorney and partner in the law firm Agio.  I have a Master in Law from Vrije Universiteit Brussel in Brussels, Belgium.  I am a member of the bars of Brussels and Antwerp.

2.      I represent Exelco NV, a Debtor in these Chapter 11 Cases, in the Belgian proceedings described herein.

3.      Debtor Exelco NV was involved in a proceeding commenced by voluntary application pursuant to the Act on the Continuity of Enterprise ("ACE") in the Antwerp Commercial Court located in Belgium (the "ACE Proceedings").

4.      On September 26, 2017, at approximately 3:30 p.m. Brussels time, Exelco NV filed a statement in the Antwerp Commercial Court, authorized and signed by the directors of Exelco NV, voluntarily withdrawing from the ACE Proceedings.

5.      On September 26, 2017, at approximately 7:00 p.m. Brussels time, I sent a memorandum to counsel to KBC Bank NV ("KBC") in which I explained Exelco NV's withdrawal from the ACE Proceedings and disputed KBC's standing demand for the Antwerp Commercial Court to authorize the  liquidation of Exelco NV.

6.      Following the withdrawal from the ACE Proceedings and the transmittal of my memorandum to counsel for KBC, the Debtors in the above-captioned cases, including Exelco NV, filed petitions for Chapter 11 protection in this Court between approximately 3:00 a.m. and 4:00 a.m. Brussels time on September 27, 2017.  In my memorandum of September 27, 2017, I informed KBC's attorneys of the commencement of the Chapter 11 Cases.

7.      At a hearing before the Antwerp Commercial Court held at 10:00 Brussels time on September 27, 2017, KBC's attorneys continued to advocate for the immediate liquidation of Exelco NV.  Avner Bengera, a partner of Hughes Hubbard & Reed LLP, proposed

01:22397011.3

2

80098352_2

counsel to the Debtors, was present at the hearing.  Mr. Bengera and I explained that bankruptcy and liquidation of Exelco NV was prohibited by operation of United States bankruptcy law. However, despite their knowledge of the commencement of the Chapter 11 Cases, KBC continued and is continuing to pursue legal action before the Antwerp Commercial Court that may result in the seizure and liquidation of Exelco NV's assets.

*[Signature Page Follows]*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on September 27, 2017.

_____

Philippe Van den Broecke

4