**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* <br><br> **Exelco North America, Inc.,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 17-12029 (KG) |
| *In re* <br><br> **Exelco NV,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 17-12030 (KG) |
| *In re* <br><br> **FTK Worldwide Mfg. BVBA,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 17-12031 (KG) |
| *In re* <br><br> **Ideal Diamond Trading USA Inc.,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 17-12032 (KG) |

**MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION**

The debtors and debtors-in-possession in the above-captioned cases, Exelco North America, Inc., Exelco NV, FTK Worldwide Manufacturing BVBA, and Ideal Diamond Trading USA Inc., (each a "Debtor," and collectively, the "Debtors"), by and through their proposed undersigned counsel, respectfully move (this "Motion"), pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 65(b) of the Federal Rules of Civil

Procedure, made applicable to this adversary proceeding by Rule 7065 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking a temporary restraining order and, after notice and hearing, a preliminary injunction restraining and enjoining KBC Bank NV ("KBC") from (i) further violating the automatic stay provision of section 362 of the Bankruptcy Code (the "Automatic Stay") and this Court's *Order (I) Enforcing Sections 362 and 525 of the Bankruptcy Code and (II) Confirming the Debtors' Authority with Respect to Postpetition Operations* (ECF No. 5, the "Stay Order"), and (ii) seeking to seize and/or liquidate the Debtors' assets and from further attempts to use the Act on the Continuity of Enterprises in Belgium (the "Belgium Proceeding"), or other legal proceedings to seize and/or liquidate the Debtors' assets.

In support of this Motion, the Debtors respectfully state as follows:

1.  The facts and circumstances supporting this Motion, together with supporting documents, are set forth in the *Declaration of Philippe Van den Broecke in Support of Debtors' Motion for Temporary Restraining Order and Preliminary Injunction* (the "Van den Broecke Declaration," annexed hereto as Exhibit B) and the *Declaration of Michael R. Nestor in Support of Debtors' Motion for Temporary Restraining Order and Preliminary Injunction* (the "Nestor Declaration," annexed hereto as Exhibit C, together with the Van den Broecke Declaration, the "Declarations").

2.  As further described in the Declarations, the Debtors withdrew the Belgium Proceeding prior to commencement of these chapter 11 cases. However, with knowledge of the Automatic Stay and the Stay Order, KBC's counsel has failed to confirm that it will cease taking affirmative steps to liquidate Debtor Exelco NV's assets notwithstanding the pending Chapter 11 Cases, the imposition of the Automatic Stay and the entry of the Stay Order.

3.       As set forth in the Declaration, the Debtors submit that they will suffer irreparable injury if the Court does not grant an immediate temporary restraining order against KBC to prevent continuation of the actions described in the Declarations pending the Court's determinations on the preliminary injunction and other relief sought in this Motion.

WHEREFORE, the Debtors respectfully request that the Court (i) grant this Motion and the relief requested herein; (ii) enter a temporary restraining order pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 7001(7) and 7065, substantially in the form attached hereto as Exhibit A; (iii) enter a preliminary injunction following notice and a hearing; and (iv) grant such further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 28, 2017 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew L. Magaziner*<br>Michael R. Nestor (No. 3526)<br>Kenneth J. Enos (No. 4544)<br>Andrew L. Magaziner (No. 5426)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>mnestor@ycst.com.com<br>kenos@ycst.com<br>amagaziner@ycst.com<br><br>-and-<br><br>Kathryn A. Coleman<br>Dustin Smith<br>Jacob H. Gartman<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6000<br>Facsimile: (212) 422-4726<br>katie.coleman@hugheshubbard.com<br>dustin.smith@hugheshubbard.com<br>jacob.gartman@hugheshubbard.com<br><br>*Proposed Counsel for the Debtors and Debtors in Possession* |