**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re* <br><br> **EXELCO NORTH AMERICA, INC.,** <br><br> **Debtor.** | Chapter 11 <br><br> Case No. 17-12029 (KG) |
| *In re* <br><br> **EXELCO NV,** <br><br> **Debtor.** | Chapter 11 <br><br> Case No. 17-12030 (KG) |
| *In re* <br><br> **FTK WORLDWIDE MFG. BVBA,** <br><br> **Debtor.** | Chapter 11 <br><br> Case No. 17-12031 (KG) |
| *In re* <br><br> **IDEAL DIAMOND TRADING USA INC.,** <br><br> **Debtor.** | Chapter 11 <br><br> Case No. 17-12032 (KG) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
STATUS CONFERENCE ON OCTOBER 3, 2017 AT 3:00 P.M. (ET)[1]**

**STATUS CONFERENCE**

1. At the direction of the Court, a status conference in connection with the above-captioned cases will be held on October 3, 2017 at 3:00 p.m. (ET).

---

[1] Parties wishing to participate in the telephonic status conference must make arrangements with CourtCall by telephone at (866) 582-6878.

01:22403094.1

1

80098352_2

| | |
|---|---|
| Dated: Wilmington, Delaware<br>September 29, 2017 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Andrew L. Magaziner*<br>Michael R. Nestor (No. 3526)<br>Kenneth J. Enos (No. 4544)<br>Andrew L. Magaziner (No. 5426)<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>mnestor@ycst.com.com<br>kenos@ycst.com<br>amagaziner@ycst.com<br><br>   -and-<br><br>Kathryn A. Coleman<br>Dustin Smith<br>Jacob H. Gartman<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone:  (212) 837-6000<br>Facsimile:  (212) 422-4726<br>katie.coleman@hugheshubbard.com<br>dustin.smith@hugheshubbard.com<br>jacob.gartman@hugheshubbard.com<br><br>*Proposed Counsel for the*<br>*Debtors and Debtors in Possession* |