# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

## Minute Entry

### Hearing Information:

**Debtor:** EXELCO NORTH AMERICA, INC.
**Case Number:** 17-12029-KG  **Chapter:** 11
**Date / Time / Room:** TUESDAY, OCTOBER 03, 2017 03:00 PM   CRT#3, 6TH FL.
**Bankruptcy Judge:** KEVIN GROSS
**Courtroom Clerk:** SHERRY SCARUZZI
**Reporter / ECR:** GINGER MACE

### Matters:

1) First Day Hearing / Status Conference
   **R / M #:** 13 / 0

2) **ADM: 17-12030-KG**
   First Day Hearing
   **R / M #:** 7 / 0

3) **ADM: 17-12031-KG**
   First Day Hearing
   **R / M #:** 7 / 0

4) **ADM: 17-12032-KG**
   First Day Hearing
   **R / M #:** 7 / 0

### Appearances:

SEE ATTACHED COURT SIGN-IN-SHEET

### Proceedings:

HEARING HELD. AGENDA ITEMS:
#1 - STATUS CONFERENCE -  Date scheduled if necessary - 10/6/17 @ 2:00 pm;